IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50692
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

REYNALDO SEGURA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-92-CR-23
- - - - - - - - - -
June 10, 1996

Before SMITH, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM:[*]

Appellant Reynaldo Segura appeals the denial of his 28 U.S.C. § 2255 motion to vacate his sentence, in which he argued that the court erred in imposing consecutive sentences upon him and in imposing a term of supervised release. On appeal, Segura has abandoned the second of these two substantive claims. He has also waived a § 2255 challenge to his sentence pursuant to a provision in his plea agreement, see United States v. Wilkes, 20 F.3d 651 (5th Cir. 1994), and his sentencing claims are not

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

cognizable in a § 2255 proceeding.  See United States v. Vaughn, 955 F.2d 367, 368 (5th Cir. 1992).  Accordingly, the district court's denial of Segura's § 2255 motion is

AFFIRMED.